**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RUTH P. BURGI** | ) | Case No.: |
| 634 Crossings Circle | ) | |
| Tallmadge, Ohio 44278 | ) | Judge |
| | ) | |
| Plaintiff, | ) | **COMPLAINT** |
| | ) | |
| v. | ) | |
| | ) | Florence A. Murray (0080292) |
| **UNITED STATES OF AMERICA** | ) | fam@murrayandmurray.com |
| | ) | MURRAY & MURRAY CO., L.P.A. |
| Attorney General of the United States | ) | 111 East Shoreline Drive |
| US Department of Justice | ) | Sandusky, Ohio  44870-2579 |
| 950 Pennsylvania Avenue, NW | ) | Telephone:  (419) 624-3011 |
| Washington, DC 20530-0001 | ) | Facsimile: (419) 624-0707 |
| | ) | |
| United States Attorney for the | ) | Attorney for Plaintiff |
| Northern District of Ohio | ) | |
| Civil Process Clerk | ) | |
| 801 West Superior Avenue, Suite 400 | ) | |
| Cleveland, OH 44113 | ) | |
| | ) | |
| Defendant. | | |

Plaintiff, Ruth P. Burgi, for her Complaint against Defendant, United States of America, states as follows:

**PARTIES**

1.      Plaintiff Ruth P. Burgi is an adult resident of Summit County, Ohio.

2.      Defendant United States of America is the proper defendant pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671–2680.

## JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1346(b)(1).

4.      Plaintiff timely presented an administrative tort claim to the United States Postal Service pursuant to 28 U.S.C. § 2675(a).

5.      On January 27, 2026, the United States Postal Service denied Plaintiff's administrative claim. This action is commenced within six months after the mailing of that denial.

6.      Venue is proper in the Northern District of Ohio pursuant to 28 U.S.C. § 1402(b) because the acts or omissions giving rise to this action occurred within this District and/or Plaintiff resides within this District.

## FACTUAL ALLEGATIONS

7.      On or about December 21, 2023, Plaintiff was lawfully a customer at the United States Postal Service Office at 162 Northeast Avenue, City of Tallmadge, Summit County, Ohio.

8.      At the same time and place, an employee of the United States Postal Service was acting within the course and scope of his or her employment operating at the service counter at the location as stated in paragraph number 7, above.

9.      Plaintiff proceeded to walk towards the service counter when she tripped over a rug that was misplaced at or near the service counter.

10.     The incident was directly and proximately caused by the negligence of the USPS employees (names unknown).

2

11.     As a direct and proximate result of this incident, Plaintiff sustained serious bodily injuries, incurred medical expenses, experienced pain and suffering, lost wages and earning capacity, and sustained other economic and non-economic damages.

## COUNT I – NEGLIGENCE

12.     Plaintiff incorporates the preceding paragraphs as though fully rewritten herein.

13.     The USPS employees owed Plaintiff a duty to keep the pathway to the service desk free and clear of any and all hazardous conditions.

14.     At all relevant times, the USPS employee was acting within the course and scope of federal employment.

15.     Pursuant to the Federal Tort Claims Act, the United States is liable for the negligent acts or omissions of its employee to the same extent as a private person under the law of the State of Ohio.

16.     As a direct and proximate result of Defendant's negligence, Plaintiff sustained injuries and damages, including but not limited to:

- Past and future medical expenses;

- Past and future pain and suffering;

- Past and future loss of enjoyment of life;

- Past and future lost wages and diminished earning capacity; and

- Other damages recoverable under Ohio law.

## PRAYER FOR RELIEF

3

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendant United States of America in an amount to be determined at trial, together with costs, interest as allowed by law, and such other relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Florence A. Murray*
Florence A. Murray (0080292)
fam@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, OH  44870-2579
Telephone:  (419) 624-3011
Facsimile: (419) 624-0707

*Attorney for Plaintiff Ruth P. Burgi*